Certificate Number: 05781-PAE-DE-034671849

Bankruptcy Case Number: 20-12399



05781-PAE-DE-034671849

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2020, at 5:26 o'clock AM PDT, Ryan Hardie completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 16, 2020

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President